No. 94–1244. BEHRENS *v.* PELLETIER. C. A. 9th Cir. [Certiorari granted, 514 U. S. 1035.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–1471. VARITY CORP. *v.* HOWE ET AL. C. A. 8th Cir. [Certiorari granted, 514 U. S. 1082.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–8729. BENNIS *v.* MICHIGAN. Sup. Ct. Mich. [Certiorari granted, *ante*, p. 1121.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–1140. 44 LIQUORMART, INC., ET AL. *v.* RHODE ISLAND ET AL. C. A. 1st Cir. [Certiorari granted, 514 U. S. 1095.] Motion of respondent Rhode Island Liquor Stores Association for divided argument denied.

No. 94–1175. BANK ONE CHICAGO, N. A. *v.* MIDWEST BANK & TRUST CO. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1157.] Motion of Electronic Check Clearing House Organization for leave to file a brief as *amicus curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–1361. ZICHERMAN, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF KOLE, ET AL. *v.* KOREAN AIR LINES CO., LTD.; and

No. 94–1477. KOREAN AIR LINES CO., LTD. *v.* ZICHERMAN, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF KOLE, ET AL. C. A. 2d Cir. [Certiorari granted, 514 U. S. 1062.] Motion of Pan American World Airways, Inc., for leave to file a brief as *amicus curiae* granted.